**FORM 13**

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by <u>Kevin E. Gaunt</u>

(Name of attorney of record)

on behalf of <u>AMATA, LLC</u> in the matter of <u>Amata LLC</u> v. <u>U.S. Customs and Border Protection, et al.</u>,

Court No. <u>26-03043</u>.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

<u>Amata LLC is incorporated in Delaware and has its principal place of business in Allandale, NJ. It is 100% owned by Cetana, LLC,</u>
<u>a privately-held Delaware entity also headquartered in Allandale, NJ.</u>

2. Indicate whether the party on whose behalf this Form is being filed is ☒ or is not ☐ the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

<u>Kevin E. Gaunt</u>    <u>June 5, 2026</u>
 Signature of Attorney        Date
Hunton Andrews Kurth LLP
 Firm
2200 Pennsylvania Ave
 Street Address
Washington, DC 20037
 City, State and Zip Code
2029551500
 Telephone Number
kgaunt@hunton.com
 E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)