**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 11**

```
┌─────────────────────────────────┐
│                                 │
│                  Plaintiff,     │
│     v.                          │
│                                 │
│                  Defendant.     │
│                                 │
└─────────────────────────────────┘
```

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as

for                              , _____, in this action

☐ and for the parties indicated in the actions listed on the attached

schedule

and requests that all papers be served on him/her.

☐  The individual attorney in the undersigned firm, corporate law

department, or the Government, who is responsible for the litigation, is

_____.

Date: _____        _____
                                          Signature

                                   _____
                                          Attorney

                                   _____
                                          Firm

                                   _____
                                        Street Address

                                   _____
                                    City, State and Zip Code

                                   _____
                                      Telephone Number

                                   _____
                                       E-mail Address

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
|  |  |  |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)